AO 440 (Rev.8/01) Summons in a Civil Action

# United States District Court
## District of Kansas

DR. KARIN PAGEL MEINERS, PH.D.

        Plaintiff,

        v.

UNIVERSITY OF KANSAS, and DR. WILLIAM KEEL, PH.D in his individual capacity,

        Defendants.

SUMMONS IN A CIVIL CASE

CASE NUMBER:  04-2266-KHV

TO: (Name and address of defendant)

    Dr. William Keel Ph.D
    1906 Barker
    Lawrence, Kansas 66046

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Alan V. Johnson
    1000 Bank of America Tower
    534 S. Kansas Avenue
    Topeka, Kansas 66603-3881

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Ralph L. DeLoach,
259 Robert J. Dole Courthouse
500 State Avenue
Kansas City, KS 66101-2480

CLERK

(BY) DEPUTY CLERK

June 24, 2004

DATE

AO 440 (Rev. 8/01) Summons In a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE June 29, 2004 |
| NAME OF SERVER (PRINT) Alan V. Johnson | TITLE |

Check *one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service by certified mail pursuant to Fed. Rule of Civ. Pro. 4(e)(1) and K.S.A. 60-304(a)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-30-04
             Date

Signature of Server: Alan V Johnson

Address of Server: 1000 Bank of America Tower
534 S. Kansas Ave, Topeka, KS 66603-3432

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Dr. Willian Keel, Ph.D.
   1906 Barker
   Lawrence, KS 66046

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Nancy M Keel   ☒ Agent  ☐ Addressee

B. Received by (Printed Name): Nancy M Keel
C. Date of Delivery: 6/29/04

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7002 2410 0006 3655 3158

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540