AO 440 (Rev.8/01) Summons in a Civil Action

# United States District Court
## District of Kansas

DR. KARIN PAGEL MEINERS, PH.D.

      Plaintiff,

      v.

UNIVERSITY OF KANSAS, and DR. WILLIAM
KEEL, PH.D in his individual capacity,

      Defendants.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-2266-KHV

TO: (Name and address of defendant)

    University of Kansas
    Mr. Robert Hemenway, Chancellor
    1450 Jayhawk Blvd.
    230 Strong Hall
    Lawrence, Kansas 66045

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Alan V. Johnson
    1000 Bank of America Tower
    534 S. Kansas Avenue
    Topeka, Kansas 66603-3881

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Ralph L. DeLoach,
259 Robert J. Dole Courthouse
500 State Avenue
Kansas City, KS 66101-2480

CLERK

(BY) DEPUTY CLERK

June 24, 2004

DATE

AO 440 (Rev. 8/01) Summons In a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE June 30, 2004 |
| NAME OF SERVER (PRINT) Alan V. Johnson | TITLE |

Check *one* box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service by certified mail pursuant to Fed. Rule of Civ. Pro. 4(e)(1) and K.S.A. 60-304

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7-01-04
                 Date

Signature of Server: *Alan V. Johnson*
1000 Bank of America Tower
534 S. Kansas Ave., Topeka, KS 66603-3432
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_  ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name): Yolak     C. Date of Delivery: 6-30-04 |
| 1. Article Addressed to:<br><br>University of Kansas<br>Mr. Robert Hemenway, Chancellor<br>1450 Jayhawk Blvd<br>230 Strong Hall<br>Lawrence, KS 66045 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☒ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7002 2410 0006 3655 3141 |

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540