IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DR. KARIN PAGEL MEINERS, PH.D., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNIVERSITY OF KANSAS, and )<br>DR. WILLIAM KEEL, PH.D., in his )<br>Individual capacity. ) | Case No. 04-2266-KHV |

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that Defendants' Rule 26 Initial Disclosures and were served this <u>1st</u> day of October, 2004, by first class postage prepaid on the following:

Alan V. Johnson
Stephen D. Lanterman
1000 Bank of America Tower
534 S. Kansas Ave.
Topeka, KS  66603-3881

Respectfully submitted,

_____s/ Sara L. Trower___
Sara L. Trower,  Ks. Bar # 21514
Associate General Counsel
University of Kansas and
Special Assistant Attorney General
1450 Jayhawk Blvd., Rm. 245 Strong Hall
Lawrence, KS  66045-7535
785-864-3276 (phone)
785-864-4617 (fax)
strower@ku.edu

Counsel for Defendants