**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| DR. KARIN PAGEL MEINERS, PH.D., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNIVERSITY OF KANSAS, and )<br>DR. WILLIAM KEEL, PH.D in his )<br>Individual capacity, )<br>)<br>)<br>Defendants. )<br>) | Case No. 04-2266-KHV-DJW |

**NOTICE OF SERVICE OF PLAINTIFF'S
FIRST SUPPLEMENTAL DISCLOSURES PURSUANT TO FRCP RULE 26(a)**

COMES NOW the Plaintiff, Karin Pagel Meiners, by and through her attorneys of record, Stephen D. Lanterman and Alan V. Johnson of the firm of SLOAN, EISENBARTH, GLASSMAN, MCENTIRE & JARBOE, L.L.C., and hereby certifies that the original of the Plaintiff's First Supplemental Disclosures Pursuant to FRCP Rule 26(a)(1) was delivered to Defendants' Counsel via regular mail on November 16, 2004.

This Notice of Service was served on the Defendants' Counsel by electronic mail on the 16th day of November, 2004.

2

Respectfully submitted:

SLOAN, LISTROM, EISENBARTH,
      SLOAN, & GLASSMAN, L.L.C.
1000 Bank of America Tower
534 S. Kansas Avenue
Topeka, KS 66603-3881
Office: (785) 357-6311
Fax: (785) 357-0152


BY:s/Alan V. Johnson_____
Stephen D. Lanterman, KS #18844
Alan V. Johnson, KS #9992
slanterm@sloanlawfirm.com
ajohnson@sloanlawfirm.com
ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have served a true and correct copy of the **Notice of Service of Plaintiff's First Supplemental Disclosures pursuant to Rule 26(a),** on counsel of record by:

(__) placing the same in the U.S. mail, postage prepaid,

(__) placing the same in Federal Express Overnight,

(__) facsimile to the phone number(s) listed below, and that the transmission was reported as complete and without error,

(__) hand delivery, or

(__) via electronic mail

on this, the _____ day of _____, 2004 to:

Sara Trower
Associate General Counsel and
Special Assistant Attorney General
UNIVERSITY OF KANSAS
245 Strong Hall
1450 Jayhawk Blvd.
Lawrence, Kansas 66045-7535
strower@ku.edu

                        BY:s/Alan V. Johnson_____
                        Stephen D. Lanterman, KS #18844
                        Alan V. Johnson, KS #9992
                        slanterm@sloanlawfirm.com
                        ajohnson@sloanlawfirm.com
                        ATTORNEYS FOR PLAINTIFF