## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DR. KARIN PAGEL MEINERS, PH.D. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 04-2266-KHV |
| ) | |
| UNIVERSITY OF KANSAS, and ) | |
| DR. WILLIAM KEEL, PH.D in his ) | |
| Individual capacity, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## **DEPOSITION NOTICE**

Counsel for plaintiff gives notice that the following depositions, as agreed by the parties, will be taken at the times and places indicated continuing from day to day until complete:

Deponent: William Keel
Date: Tuesday, January 11, 2005
Time: 1:30 p.m.
Place: Conference Room, Office of the General Counsel, Rm. 245 Strong Hall, University of Kansas, 1450 Jayhawk Blvd., Lawrence, KS 66045.

Deponent: David Shulenburger
Date: Thursday, January 13, 2005
Time: 9:30 a.m.
Place: Conference Room, Office of the General Counsel, Rm. 245 Strong Hall, University of Kansas, 1450 Jayhawk Blvd., Lawrence, KS 66045.

Court reporting services for both depositions will be provided by John Bowen and Associates.

Respectfully Submitted,
SLOAN, EISENBARTH, GLASSMAN,
 MCENTIRE & JARBOE, L.L.C.
1000 Bank of America Tower
534 S. Kansas Avenue
Topeka, KS  66603
Phone: (785) 357-6311
Fax: (785) 357-0152


s/ Alan V. Johnson
Alan V. Johnson, KS #9992
Stephen D. Lanterman, KS #18844
ajohnson@sloanlawfirm.com
slanterm@sloanlawfirm.com
   **Attorneys for Plaintiff,**
       **Dr. Karin Pagel Meiners**

## **CERTIFICATE OF SERVICE**

I herby certify that on the 7th day of January, 2005, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following parties:

Sara Trower
Associate General Counsel and
Special Assistant Attorney General
UNIVERSITY OF KANSAS
245 Strong Hall
1450 Jayhawk Blvd.
Lawrence, Kansas 66045-7535
**ATTORNEY FOR DEFENDANTS**


I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/EFC participants: NONE

        s/ Alan V. Johnson
        Alan V. Johnson, KS #9992
        Stephen D. Lanterman, KS #18844
        SLOAN, EISENBARTH, GLASSMAN,
        MCENTIRE & JARBOE, L.L.C.
        534 S. Kansas Ave, Suite 1000
        Topeka, Kansas 66603
        Telephone   (785) 357-6311
        Fax   (785) 357-0152
        ajohnson@sloanlawfirm.com
        slanterm@sloanlawfirm.com