## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DR. KARIN PAGEL MEINERS, PH.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 04-2266-KHV |
| | ) |
| UNIVERSITY OF KANSAS, and | ) |
| DR. WILLIAM KEEL, PH.D., in his | ) |
| Individual capacity. | ) |

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that Defendants' Supplemental Rule 26 Disclosures were served this 14th day of January, 2005, by first class postage prepaid, on the following:

Alan V. Johnson
Stephen D. Lanterman
1000 Bank of America Tower
534 S. Kansas Ave.
Topeka, KS  66603-3881

                                          Respectfully submitted,

                                          _____s/ Sara L. Trower____
                                          Sara L. Trower,  Ks. Bar # 21514
                                          Associate General Counsel
                                          University of Kansas and
                                          Special Assistant Attorney General
                                          1450 Jayhawk Blvd., Rm. 245 Strong Hall
                                          Lawrence, KS  66045-7535
                                          785-864-3276 (phone)
                                          785-864-4617 (fax)
                                          strower@ku.edu

                                          Counsel for Defendants